[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-15660
_____

D.C. Docket No. 2:09-cv-00261-CEH-DNF


JAMES D. SELELYO ,
STEPHANIE P. SELELYO,

                                                    Plaintiffs–Appellants,

versus

ALFREDO J. SARARO, III,
SARARO HOLDINGS, LLC,
ALANA SARARO,
FIFTH THIRD BANK,

                                                    Defendants–Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 21, 2012)

Before BARKETT and JORDAN, Circuit Judges, and HALL,[*] District Judge.

_____

[*] Honorable James Randal Hall, United States District Judge for the Southern District of
Georgia, sitting by designation.

PER CURIAM:

James and Stephanie Selelyo appeal a district court order dismissing their Racketeer Influenced and Corrupt Organizations ("RICO") claim against Alfredo J. Sararo, III, Sararo Holdings, LLC, Alana Sararo, and Fifth Third Bank.[1]  Having reviewed the record and considered the oral argument of counsel, the district court's dismissal of the Selelyos' RICO claim is **AFFIRMED**.

---

[1] The Selelyos waived any appeal of their pendent state law claims by failing to raise those claims in their brief.  See Hamilton v. Southland Christian School, Inc., 680 F.3d 1316, 1319 (11th Cir. 2012).